UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA KOUROUNIS,

    Plaintiff,

v.                                  Case No. 8:21-cv-2970-KKM-AAS

HAGAN HOLDING COMPANY,
d/b/a, HOWCO ENVIRONMENTAL
SERVICES

    Defendant.
_____

## ORDER

The Court has been advised that this case has been settled. (Doc. 45.) Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE,** subject to the right of the parties, within 60 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 60-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on August 25, 2022.

_____
Kathryn Kimball Mizelle
United States District Judge